| | |
|---|---|
| 1 | MCGUIREWOODS LLP |
| | Deleyla A. Lawrence (SBN 284562) |
| 2 | dlawrence@mcguirewoods.com |
| | 1800 Century Park East, 8th Floor |
| 3 | Los Angeles, CA 90067-1501 |
| | Telephone: 310.315.8200 |
| 4 | Facsimile: 310.315.8210 |
| 5 | Attorneys for Defendant, |
| | BANK OF AMERICA, N.A. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WHITESIDES<br>TAMERA WHITESIDES | CASE NO. 8:16-cv-00590-PA(JMX) |
| Plaintiffs, | The Hon. Percy Anderson |
| vs. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| BANK OF AMERICA, N.A. and SETERUS, Inc. and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulated Protective Order by and between Plaintiffs Jonathan and Tamera Whitesides and Defendant Bank of America, N.A..

**IT IS SO ORDERED**.

Dated: April 17, 2017

_____
UNITED STATES DISTRICT JUDGE