UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WHITESIDES<br>TAMERA WHITESIDES<br><br>PLAINTIFFS,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and SETERUS, Inc. and DOES 1-10 Inclusive.<br><br>DEFENDANTS. | CASE NO. 8:16-cv-00590-PA(JMX)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, BANK OF AMERICA, N.A.** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant BANK OF AMERICA, N.A. be, and hereby is Dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 6 , 2017       _____
                           United States District Judge

---

**ORDER, DISMISSAL OF DEFENDANT SETERUS INC. WITH PREJUDICE**

1